1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  BENJAMIN A. GERSON, NY Bar # 5505144
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA 93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   LETICIA RODRIGUEZ
7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         | Case No. 6:18-mj-00062-JDP
12 |         Plaintiff,                | **STIPULATION FOR DEFENDANT TO APPEAR BY VIDEO TELECONFERENCE; [PROPOSED] ORDER**
13 | vs.                               |
14 | LETICIA RODRIGUEZ,                | Date:   February 26, 2020
   |                                   | Time:   10:00 a.m.
15 |         Defendant.                | Judge:  Hon. Jeremy D. Peterson

16

17     The parties, through their respective counsel, Susan St. Vincent, Acting Legal Officer,

18 counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the

19 defendant, Leticia Rodriguez, hereby stipulate and jointly move this Court to permit the defendant

20 to waive her right to be personally present at the initial appearance hearing on February 12, 2020,

21 at 10:00 a.m., and instead appear by video conference from the United States District Court in Las

22 Vegas, Nevada. The parties make this request pursuant to Fed. R. Crim. P. 43(b)(2).

23     Ms. Rodriguez recently relocated to Las Vegas for employment reasons. Travelling to

24 Yosemite at this time would be cause severe financial hardship. Ms. Rodriguez and the

25 undersigned defense counsel have discussed the importance of appearing in person. Ms.

26 Rodriguez asks the court to consider the potential for travel at this time to negatively impact her

27 employment. The issue has been discussed with the counsel for the government, who have no

28 objections. Ms. Rodriguez requests the Court accept waiver of her right to be personally present

1 | at the proceedings on February 26, 2020.

2 | Respectfully submitted,

3 | McGREGOR SCOTT
United States Attorney

5 | Dated: February 20, 2020    */s/ Susan St. Vincent*
SUSAN ST. VINCENT
6 | Acting Legal Officer
National Park Service
7 | Yosemite National Park

9 | Dated: February 20, 2020    HEATHER E. WILLIAMS
Federal Defender

11 | */s/ Benjamin A. Gerson*
BENJAMIN A. GERSON
12 | Assistant Federal Defender
Attorney for Defendant
13 | LETICIA RODRIGUEZ

ORDER

Good cause appearing, the above stipulation for defendant to appear via video teleconference in Case No. 6:18-mj-00062 is hereby accepted and adopted as the order of this court.

IT IS SO ORDERED.

Dated: February 24, 2020

_____
UNITED STATES MAGISTRATE JUDGE