| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664<br>Federal Defender |
| 2 | BENJAMIN A. GERSON, NY Bar # 5505144<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226<br>Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant<br>LETICIA RODRIGUEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Case No. 6:18-mj-00062-JDP |
| Plaintiff, | | **STIPULATION FOR DEFENDANT TO APPEAR BY VIDEO TELECONFERENCE; ORDER** |
| vs. | | |
| LETICIA RODRIGUEZ, | | Date: February 26, 2020<br>Time: 10:00 a.m. |
| Defendant. | | Judge: Hon. Jeremy D. Peterson |

The parties, through their respective counsel, Susan St. Vincent, Acting Legal Officer, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Leticia Rodriguez, hereby stipulate and jointly move this Court to permit the defendant to waive her right to be personally present at the initial appearance hearing on February 12, 2020, at 10:00 a.m., and instead appear by video conference from the United States District Court in Las Vegas, Nevada. The parties make this request pursuant to Fed. R. Crim. P. 43(b)(2).

Ms. Rodriguez recently relocated to Las Vegas for employment reasons. Travelling to Yosemite at this time would be cause severe financial hardship. Ms. Rodriguez and the undersigned defense counsel have discussed the importance of appearing in person. Ms. Rodriguez asks the court to consider the potential for travel at this time to negatively impact her employment. The issue has been discussed with the counsel for the government, who have no objections. Ms. Rodriguez requests the Court accept waiver of her right to be personally present

at the proceedings on February 26, 2020.

                                                         Respectfully submitted,

                                                        McGREGOR SCOTT
                                                        United States Attorney

Dated: February 20, 2020                 /s/ Susan St. Vincent
                                                        SUSAN ST. VINCENT
                                                        Acting Legal Officer
                                                        National Park Service
                                                       Yosemite National Park


Dated: February 20, 2020                 HEATHER E. WILLIAMS
                                                       Federal Defender


                                                        /s/ Benjamin A. Gerson
                                                        BENJAMIN A. GERSON
                                                        Assistant Federal Defender
                                                        Attorney for Defendant
                                                        LETICIA RODRIGUEZ

ORDER

Good cause appearing, the above stipulation for defendant to appear via video teleconference in Case No. 6:18-mj-00062 is hereby accepted and adopted as the order of this court.

IT IS SO ORDERED.

Dated:   February 24, 2020

_____
UNITED STATES MAGISTRATE JUDGE