1   HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
2   BENJAMIN A. GERSON, NY Bar # 5505144
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, CA  93721-2226
    Telephone: (559) 487-5561
5   Fax: (559) 487-5950

6   Attorneys for Defendant
    LETICIA RODRIGUEZ
7

8                       IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No.  6:18-mj-00062

12                   Plaintiff,        **STIPULATION TO MODIFY SENTENCE**

13  vs.

14  LETICIA RODRIGUEZ

15                   Defendant.

16

17          The parties, through their respective counsel, Sean Anderson, Acting Legal Officer,

18  counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the

19  defendant, Leticia Rodriguez, hereby stipulate and jointly move this court to reduce the fines and

20  surcharges because of hardships imposed by the COVID-19 pandemic and Ms. Rodriguez's

21  indigence, to extend probation to allow Ms. Rodriguez time to pay, and to continue her review

22  hearing.

23          On February 27, 2019, Ms. Rodriguez pleaded guilty to one count of 36 C.F.R. §4.23(a)(2)

24  driving with a BAC above 0.08%, and one count 35 C.F.R. § 4.2 incorporating CVC §14601.5

25  driving with a suspended license from a prior DUI.  The Honorable Jeremy D. Peterson sentenced

26  Ms. Rodriguez to 24 months unsupervised probation, to attend the California multi-offender DUI

27  program, $2,000.00 in fines and surcharges, and 10 days incarceration.  On February 26, 2020, the

28  Honorable Jeremy D. Peterson modified Ms. Rodriguez sentence to allow for an equivalent course

1  of alcohol related counselling in Nevada, as had moved to that state and was unable to complete

2  the California multi-offender program.  To date, Ms. Rodriguez has completed 78 hours of

3  counselling at ABC counselling in Las Vegas, Nevada, fulfilling her counselling requirements.

4  She has served 10 days in custody, had no new law violations, and paid $550.00 in fines and

5  surcharges.  The parties now jointly move the court to reduce the fines and surcharges because of

6  hardships imposed by the COVID-19 pandemic and Ms. Rodriguez's indigence; to extend

7  probation to allow Ms. Rodriguez time to pay, and to continue her review hearing.

8        Ms. Rodriguez worked as a security guard at a casino in Las Vegas at an hourly rate of

9  $12.25.  She was laid off in spring of 2020 due to the widespread closures caused by the

10  coronavirus.  She received unemployment benefits in the amount of approximately $180.00 per

11  week and as of November 2020 is once again employed.  In discussion with Ms. Rodriguez she has

12  assured the undersigned defense counsel that she will be able to pay $600.00 by the end of

13  February 2021, for a total payment of $1,150.00.

14        After discussion, the parties agree that this amount is satisfactory as Ms. Rodriguez has

15  shown rehabilitative efforts by completing 78 hours of counselling, and that the government's

16  penal interest is satisfied by her period of incarceration and successful period of probation without

17  new law violations.  The parties agree to extend Ms. Rodriguez's term of probation to March 31,

18  2021, and continue her January 27, review hearing to February 23, 2021.

19  //

20

21

22

23

24

25

26

27

28

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

Dated:  January 22, 2021          */s/ Sean Anderson*
                                  Sean Anderson
                                  Acting Legal Officer
                                  National Park Service
                                  Yosemite National Park

Dated:  January 22, 2021          HEATHER E. WILLIAMS
                                  Federal Defender

                                  */s/  Benjamin A. Gerson*
                                  BENJAMIN A. GERSON
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  LETICIA RODRIGUEZ

## **O R D E R**

Based upon the parties' Stipulation to Modify Sentence (Doc. No. 16), and for good cause shown, the sentence in *United States v. Rodriguez*, case no. 6:18-mj-00062-JDP, is modified as follows: the total fine is reduced to $1,150.00 and probation is extended until March 31, 2021.  The review hearing scheduled for January 27, 2021 is continued to February 23, 2021.

IT IS SO ORDERED.

Dated:    January 26, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE