HEATHER E. WILLIAMS, Bar #122664
Federal Defender
BENJAMIN A. GERSON, NY Bar # 5505144
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
LETICIA RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  6:18-mj-00062-JDP |
|---|---|
| Plaintiff, | **JOINT MOTION TO CONTINUE REVIEW HEARING AND EXTEND PROBATION** |
| vs. |  |
| LETICIA RODRIGUEZ, | Date:    May 4, 2021<br>Time:    10:00 a.m. |
| Defendant. | Judge:   Hon. Helena M. Barch-Kuchta |

The parties, through their respective counsel, Sean Anderson, Acting Legal Officer, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, LETICIA RODRIGUEZ, hereby stipulate and jointly move this Court to continue Ms. Rodriguez's review hearing from February 23, 2021 until, May 4, 2021.

Ms. Rodriguez's fine was recently reduced to $600 in outstanding fines.  Ms. Rodriguez transmitted proof of payment of $300.00 to the undersigned defense counsel on February 16, 2021. However, Ms. Rodriguez has recently become unemployed and requests additional time to pay the remaining $300.00.  To date Ms. Rodriguez is in compliance with the other terms of her probation, including counselling.  That parties jointly move the court to continue the status conference and extend probation until May 4, 2021, with the hope that the case will be resolved before that date.

//

//

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

Dated:  February 19, 2021        */s/ Sean Anderson*
Sean Anderson
Acting Legal Officer
National Park Service
Yosemite National Park


Dated:  February 19, 2021        HEATHER E. WILLIAMS
Federal Defender


*/s/ Benjamin A. Gerson*
BENJAMIN A. GERSON
Assistant Federal Defender
Attorney for Defendant
LETICIA RODRIGUEZ


**O R D E R**

Finding good cause, the court GRANTS the parties' Joint Motion to Continue Review Hearing and Extend Probation filed February 19, 2021 (Doc. No. 18) and hereby ORDERS:

1. The review hearing scheduled for February 23, 2021 to be continued to May 4, 2021 at 10:00 a.m.
2. Defendant's probation to be extended to May 4, 2021.

IT IS SO ORDERED.


Dated:   February 19, 2021        

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE